UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GREGORY W. STEWART, | 1:17-cv-00415-AWI-JLT (HC) |
|---|---|
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT |
| v. | |
| J. MACOMBER, | (Doc. 6) |
| Respondent. | |

On April 17, 2017, petitioner filed an application to proceed in forma pauperis. Because the Court authorized petitioner to proceed in forma pauperis on March 23, 2017, the Court **ORDERS** that petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated: **May 1, 2017**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

1